## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

June 30, 2014

**VIA FAX (718) 613-2386**
Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Granted.*  s/ARR
*So ordered.*
6/30/14

RE: United States v. Gourevitch 12-CR-758 (ARR)

Dear Judge Ross:

I write to ask the court for permission for Eugene Gourevitch to travel to Washington DC for a meeting on July 1, 2014 with members of the United States Department of Justice Kleptocracy Unit, representatives of the government of Kyrgyzstan and counsel for the government of Kyrgyzstan. Both the Government and Pretrial Services has consented to this request.

Thank you for your continuing courtesy in connection with this matter. If you have questions, please contact me at (212) 750-7800.

Respectfully,

Marc Agnifilo